UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No: 09-22964-CIV-KING/BANDSTRA

DOLPHIN DIGITAL MEDIA, INC., et al.,

    Plaintiffs,

v.

MARK PEIKIN, an individual, et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

**THIS MATTER** came before the Court for oral argument on April 19, 2010 [DE 85] upon the motion of Defendants, Mark Peikin, Joshua Gold, Bespoke Growth Partners, Inc., GSquared, Ltd., and Carta de Dinero, LLC ("Defendants"), to dismiss Plaintiffs' amended complaint (the "Motion"), or in the alternative, Defendants' motion to remand the action to state court for lack of subject matter jurisdiction ("Alternative Motion"). The Court has reviewed Plaintiffs' amended complaint [DE 54], the Motion [DE 55], Plaintiffs' response to the Motion [DE 75], Defendants' reply to Plaintiffs' response to the Motion [DE 84], as well as the Alternative Motion [DE 56], Plaintiffs' response to the Alternative Motion [DE 76], and Defendants' reply to Plaintiffs' response to the Alternative Motion [DE 83]. Upon considering the matter and otherwise being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is GRANTED as follows. The Court finds that Count I of Plaintiffs' amended complaint for RICO violation and Count II of Plaintiffs' amended complaint for RICO conspiracy fail to state a claim, and accordingly Counts I and II of Plaintiffs' amended complaint are dismissed with prejudice. The remaining claims of Plaintiffs' amended complaint, Counts III-XVII, do not invoke the Court's jurisdiction pursuant to 28 U.S.C. §1331, and Plaintiffs and Defendants concur that the Court lacks jurisdiction

pursuant to 28 U.S.C. §1332. Accordingly, the Court dismisses Counts III-XVII without prejudice pursuant to 28 U.S.C. §1367(c)(3). The Court therefore denies as moot the Alternative Motion, which motion the parties nonetheless concur is inapplicable because this action was not removed to this Court. The Court retains jurisdiction to entertain any motion by Defendants for attorney's fees and costs. It is further Ordered that the clerk SHALL CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 23rd day of April, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Counsel for Plaintiffs**:
Kai E. Jacobs, Esq.
kjacobs@abadincook.com
Ramon A. Abadin, Esq.
rabadin@abadincook.com
Suzette L. Russomanno, Esq.
srussomanno@abadincook.com
ABADIN COOK
9155 S. Dadeland Boulevard, Suite 1208
Miami, Florida 33156

**Counsel for Defendants**:
Susan Fleischner Kornspan, Esq.
kornspans@gtlaw.com
Daniel B. Rosenthal, Esq.
rosenthald@gtlaw.com
GREENBERG TRAURIG, P.A.
5100 Town Center Circle, Suite 400
Boca Raton, Florida 33486

Thomas Meeks, Esq.
tmeeks@carltonfields.com
CARLTON FIELDS
100 SE Second Street, Suite 4000
Miami, Florida 33131